THE STATE EX REL. CITY OF AUGUSTA and others, Appellants,
vs. LOSBY, Clerk, and others, Respondents.

*April 2—September 23, 1902.*

*State ex rel. Augusta v. Losby, ante,* p. 57, followed.

APPEAL from an order of the circuit court for Eau Claire
county: JAMES O'NEILL, Circuit Judge. *Affirmed.*

*Certiorari* to review the proceedings of a commission ap-
pointed under sec. 1077*a,* Stats. 1898, to revise the county
assessment of Eau Claire county for the year 1900.

For the appellants there was a brief by *W. H. Frawley,*
attorney, and *H. H. Hayden* and *H. B. Walmsley,* of counsel,
and oral argument by *Mr. Hayden* and *Mr. Walmsley.*

*James Wickham,* for the respondents.

The following opinion was filed April 22, 1902:

MARSHALL, J. The questions in this case are the same as
in *State ex rel. Augusta v. Losby, ante,* p. 57. The only
substantial difference between the two cases on the facts is
that the proceedings in the decided case relate to the assess-
ment of 1899, while those in this case relate to the assessment
of 1900. Following the decision in the first case, the order
appealed from here must be affirmed.

*By the Court.*—So ordered.

A motion for a rehearing was denied September 23, 1902.